```
 1  JOHN A. RUSSO, City Attorney - State Bar #129729
 2  RANDOLPH W. HALL, Chief Assistant City Attorney - State Bar #080142
    RACHEL WAGNER, Supervising Trial Attorney - State Bar #127246
 3  CHRISTOPHER KEE, Deputy City Attorney – State Bar #157758
    One Frank H. Ogawa Plaza, 6th Floor
 4  Oakland, California 94612
    Telephone:  (510) 637-0268          Fax:  (510) 238-6500
 5  22115/338094

 6  Attorneys for Defendants
    CITY OF OAKLAND, et al.
 7
```

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| CYNTHIA M. MATHIS, | Case No.  C-02-02007 MEJ |
|---|---|
| Plaintiff, | |
| v. | **DEFENDANTS' BILL OF COSTS; CERTIFICATE OF COUNSEL** |
| CITY OF OAKLAND, et al., | |
| Defendants. | **[FRCP 54(D), Civil Local Rule 54-1(a)]** |

    Defendants and prevailing parties CITY OF OAKLAND, OAKLAND POLICE DEPARTMENT, TORREY NASH, R. GUTIERREZ, C. INGEBRIGTSEN, M. SIVILA, P. DAVIS, M. YOELL, G. FOPPIANO, hereby submit the defendants' Bill of Costs in this matter, pursuant to Rule 54(d)(1) of the Federal Rules of Civil Procedure and to Civil Local Rule 54-1(a), as follows:

**A.   Depositions**

    Pizzotti & Jarnigan (Cynthia Mathis)    $    634.40

                                    **Subtotal**:    $    634.40

**B.   Reproductions**

    Discovery Production (Legal Beagle)    $    44.50

| | |
|---|---:|
| Discovery Production (Legal Beagle) | 61.12 |
| Discovery Production (Legal Beagle) | 46.52 |
| Discovery Production (Legal Beagle) | 79.36 |
| Discovery Production (Legal Beagle) | 92.62 |
| Discovery Production (Legal Beagle) | 59.87 |
| Discovery Production (Legal Beagle) | 13.80 |
| Discovery Production (Legal Beagle) | 60.95 |
| Discovery Production (Legal Beagle) | 94.24 |
| Discovery Production (Legal Beagle) | 49.87 |
| Copy of Mathis v. Wanzo Trial Transcript | 659.00 |
| **Subtotal:** $ | 1261.65 |
| **TOTAL COSTS** $ | **1896.05** |

Dated: February 25, 2005

Respectfully submitted,

JOHN A. RUSSO, City Attorney
RANDOLPH W. HALL, Assistant City Attorney
STEPHEN Q. ROWELL, Deputy City Attorney

By: _____/s/_____
Attorneys for Defendants
CITY OF OAKLAND, et al.

| | |
|---|---|
| 1 | **CERTIFICATE OF COUNSEL** |
| 2 | **[28 USC Section 1924]** |

3   The undersigned hereby certifies, under penalty of perjury under the laws of the
4  United States and of the State of California, that the costs claimed above:

5  (a)   are allowed by law,

6  (b)   are correctly stated,

7  (c)   were necessarily incurred in the case,

8  (d)   the services for which fees were charged were actually and necessarily performed,

9        and

10  .

11   Executed this 25th day of February 2005, at Oakland, California.

                            _____/s/_____
                                  STEPHEN Q. ROWELL